**Lewis G. Adler, Esq.**
**26 Newton Avenue**
**Woodbury, NJ 08096**
**(856) 845-1968 voice**
**(856) 848-9504 fax**

November 2, 2009

Honorable Noel L. Hillman, USDJ
Mitchell H. Cohen Courthouse
Rm 5020
1 John F.Gerry Plaza
Camden, NJ 08101

RE: Oliver v. American Home Mortgage Servicing, Inc.
    Case No. 09-cv-0001 (NJH)(JS)

Dear Judge Hillman:

      There is currently pending before the court a motion to dismiss filed by the Defendants in this matter. I am writing pursuant to Local Rule 7.1(d)(6) for permission to file a sur-reply to address the recent decision of the New Jersey Appellate Division on the New Jersey Truth in Consumer Contract Warranty and Notice Act in the case of *United Consumer Financial Services Company v. William Carbo (A-5501-06T2).*

Respectfully submitted,

/s/Lewis G. Adler, Esquire

Lewis G. Adler, Esq.

Cc:     Diane A. Bettino, Esquire