IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN W. OLIVER, III,<br>         Plaintiff,<br><br>     v.<br><br>AMERICAN HOME MORTGAGE<br>SERVICING, INC.,<br>         Defendant. | CIVIL NO. 09-0001(NLH)(JS)<br><br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed today,

IT IS HEREBY on this 19th day of November, 2009

ORDERED that defendant's motion to dismiss [6] is GRANTED; and it is further

ORDERED that the Clerk of the Court shall mark this matter as CLOSED.

                                     s/ Noel L. Hillman
At Camden, New Jersey            NOEL L. HILLMAN, U.S.D.J.