UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LEWIS G. ADLER, ESQUIRE
26 NEWTON AVENUE
WOODBURY, NJ 08096
(856)845-1968
ATTORNEY FOR PLAINTIFFS

| | |
|---|---|
| JOHN W. OLIVER, III<br>individually and as a class representative<br>On behalf of others similarly situated<br>    Plaintiff,<br><br>vs.<br><br>AMERICAN HOME MORTGAGE<br>SERVICING, Inc.<br>    Defendant. | CASE NO.<br>    1:09-cv-000001 NLH-JS<br>     Civil Action<br><br>Notice of Appeal |

    Notice is hereby given that, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment dated November 19, 2009 entered in this action on the 19 of November 2009 .

                                                            /s/_ Lewis G. Adler, Esq
                                                            Lewis G. Adler, Esquire
                                                            26 Newton Avenue
                                                            Woodbury, NJ 08096